**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MELISSA S. REYNOLDS and GERMAINE H. KING, <br><br> Plaintiffs, <br><br> v. <br><br> RESURGENT CAPITAL SERVICES LP, et al., <br><br> Defendants. | Civil Action No. 17-6107 (SDW)(LDW) <br><br> **ORDER** <br><br> November 29, 2017 |

**WIGENTON**, District Judge.

On August 14, 2017, Plaintiff, Melissa Reynolds (Reynolds) and Germaine King filed a complaint against several defendants. On August 16, 2017, in open court, the matter was dismissed. (D.E. # 5). A formal Order was filed on August 16, 2017 (D.E. # 6). Thereafter, Plaintiff, Reynolds filed several requests for refund of the filing fee and/or reconsideration of the dismissal of the matter (D.E. #'s 7, 9). Each request was denied by way of Order (D.E. #'s 10, 11). On September 7, 2017, Plaintiff, Reynolds again renewed her request for reconsideration (D.E. # 12), which was denied by this Court on Sept. 14, 2017 (D.E. # 13). Plaintiff, Reynolds then renewed her request for refund of the filing fee on Sept. 20, 2017 (D.E. # 14), which was denied on Sept. 26, 2017 (D.E. # 15).

Plaintiff, Reynolds has filed the present successive motion to reopen the case for the same reasons which were previously rejected by this Court (D.E. #17);

Thus, the present motion to reopen the case is **DENIED**; it is further **ORDERED** that

The Notice of Dismissal without prejudice, dated Nov. 21, 2017, (D.E. 16), filed by Plaintiff, Reynolds, is VOID, as the present matter is CLOSED and was CLOSED prior to the filing of the Notice of Dismissal without prejudice; and it is further ORDERED that

Plaintiff, Reynolds is barred from filing any additional Motions for Reconsideration; Motions to Reopen; or Motions for Refund of the Filing Fee in this matter without approval from the undersigned, as the time and resources of this Court are being wasted in responding to the persistent frivolous filings.

s/ Susan D. Wigenton<br>**Susan D. Wigenton, U.S.D.J.**

Orig:   Clerk
cc:     Parties
        Leda Dunn Wettre, U.S.M.J.